IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA  *
                          *
v.                        *     CR 109-169-03
                          *
JEFFREY L. BOYD           *

**O R D E R**

Before the Court in the captioned case is Defendant Jeffrey L. Boyd's request to terminate his term of supervised release.[1] On August 10, 2010, Boyd pled guilty to one count of conspiracy to distribute and possess with intent to distribute over 500 grams of cocaine hydrochloride, over 5 grams of cocaine base, and a quantity of marijuana, in violation of 21 U.S.C. § 841(a)(1) and § 846. On December 21, 2010, Boyd was sentenced to 84 months imprisonment and five years of supervised release. He was also ordered to pay a $100 special assessment and a $3000 fine. The term of imprisonment was later reduced to 68 months pursuant to 18 U.S.C. § 3582(c)(2).

Boyd was released from the Bureau of Prisons on October 30, 2015 and commenced supervision in this district. Boyd has completed nearly 30 months of supervision with no issues of noncompliance. Boyd has maintained employment and a stable

---

[1] The Government has filed no opposition or response.

residence during the period of supervision. He has paid his criminal monetary penalties and he has tested negative on all drug tests administered. In light of Boyd's favorable adjustment to supervision, the United States Probation Office does not oppose early termination.

Upon the foregoing and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Boyd's motion (doc. 449) is **GRANTED**. Jeffrey L. Boyd is hereby discharged from his term of supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Mr. Baylan Thomas of the United States Probation Office in Augusta, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of April, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA